BEFORE THE SECOND DIVISION, AUGUST 6, 1963

No. 67916.—Mr. Julius Feist *v.* United States, protests 61/19806 and 61/23838 (New York).

178

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co. v. United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiff was sustained.